| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | FEB 24 2020 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

RENTBERRY, INC., a Delaware corporation; DELANEY WYSINGLE, an individual,

        Plaintiffs-Appellants,

 v.

CITY OF SEATTLE, a Washington municipal corporation,

        Defendant-Appellee.

No.   19-35308

D.C. No. 2:18-cv-00743-RAJ
Western District of Washington, Seattle

ORDER

Before: IKUTA, R. NELSON, and HUNSAKER, Circuit Judges.

Appellee's Motion to Reschedule the March 4, 2020 Oral Argument Date in Light of Anticipated Mootness (Dkt. No. 42) is hereby GRANTED.  Appellee is ordered to promptly update the panel regarding the outcome of the Seattle City Council's anticipated vote; the case will then be rescheduled by separate order if necessary.