| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | APR 6 2020 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

RENTBERRY, INC., a Delaware corporation; DELANEY WYSINGLE, an individual,

        Plaintiffs-Appellants,

 v.

CITY OF SEATTLE, a Washington municipal corporation,

        Defendant-Appellee.

No.   19-35308

D.C. No. 2:18-cv-00743-RAJ
Western District of Washington, Seattle

ORDER

Before: IKUTA, R. NELSON, and HUNSAKER, Circuit Judges.

    Appellee is hereby ordered to inform the panel regarding the status of this case within fourteen days. Oral argument will then be rescheduled by separate order if necessary.