FILED

APR 28 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

RENTBERRY, INC., a Delaware corporation; DELANEY WYSINGLE, an individual,

        Plaintiffs-Appellants,

v.

CITY OF SEATTLE, a Washington municipal corporation,

        Defendant-Appellee.

No. 19-35308

D.C. No. 2:18-cv-00743-RAJ
Western District of Washington, Seattle

ORDER

Before: IKUTA, R. NELSON, and HUNSAKER, Circuit Judges.

    Appellants' Motion for Supplemental Briefing on Mootness (Dkt. No. 46) is hereby GRANTED. Appellants shall file their brief not exceeding 3600 words on or before May 28, 2020. Appellees shall file an answering brief not exceeding 3600 words on or before June 29, 2020. Appellants may then file a reply brief not exceeding 1800 words on or before July 13, 2020.

    In particular, the parties should address whether Appellants have "a reasonable expectation that [the City of Seattle] will reenact the challenged provision or one similar to it," *Bd. of Trustees of Glazing Health & Welfare Tr. v. Chambers*, 941 F.3d 1195, 1199 (9th Cir. 2019) (en banc), as well as the impact of the Supreme Court's recent decision in *New York State Rifle & Pistol Ass'n v. City of New York*, 590 U.S. ____ (2020).