UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 21 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| RENTBERRY, INC., a Delaware corporation and DELANEY WYSINGLE, an individual, <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> CITY OF SEATTLE, a Washington municipal corporation, <br><br> Defendant - Appellee. | No. 19-35308 <br><br> D.C. No. 2:18-cv-00743-RAJ <br> U.S. District Court for Western Washington, Seattle <br><br> **MANDATE** |

The judgment of this Court, entered July 30, 2020, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule

41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Jessica Flores
Deputy Clerk
Ninth Circuit Rule 27-7