Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RENTBERRY, INC., *et al.*,<br><br>               Plaintiff,<br>  v.<br><br>CITY OF SEATTLE,<br><br>               Defendant. | No. 2:18-cv-00743-RAJ<br><br>ORDER OF DISMISSAL |

On July 30, 2020, the Ninth Circuit Court of Appeals entered an order vacating this Court's judgment and remanding this matter, with an instruction to this Court to dismiss the case as moot. On August 21, 2020, the Ninth Circuit Court of Appeals entered its mandate. Accordingly, this matter is DISMISSED as moot.

DATED this 24th day of August, 2020.

*Richard A. Jones* (signature)
The Honorable Richard A. Jones
United States District Judge

ORDER OF DISMISSAL – 1